# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:                                                                                  In Proceedings
                                                                                        Under Chapter 7
Jaclyn Ann Lindley

2861 N Snaketrail Road                                                                  BK 05−61670
Martinsville, IL 62442

       Debtor(s)

SSN/FIN: xxx−xx−5865

## NOTICE TO CREDITORS AND OTHER PARTIES IN
## INTEREST OF CASE DISMISSAL

    Notice is given that: pursuant to an Order entered on 11/1/2005 the above referenced bankruptcy case has been dismissed due to failure to file Statement of Social Security Number and the case will be closed without further notice. Any questions concerning this matter should be directed to the following:

      Debtor(s) Attorney:    Jaclyn Ann Lindley
                                           2861 N Snaketrail Road
                                           Martinsville, IL 62442

DATED: November 15, 2005

                                                        **WAYNE A. BANNERT**
                                                   CLERK OF THE BANKRUPTCY COURT